KILPATRICK TOWNSEND & STOCKTON LLP
DENNIS WILSON (Bar No. 155407)
DWilson@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:   310-248-3830
Facsimile:   310-860-0363

KILPATRICK TOWNSEND & STOCKTON LLP
R. Charles Henn Jr. (admitted Pro Hac Vice)
CHenn@ KilpatrickTownsend.com
Charles H. Hooker III (admitted Pro Hac Vice)
CHooker@ KilpatrickTownsend.com
Nichole Davis Chollet (admitted Pro Hac Vice)
NChollet@ KilpatrickTownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff
ADIDAS AG AND ADIDAS AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AMERICA, INC., a Delaware corporation, and ADIDAS AG, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SOCCER AND SOCCER, INC., a California corporation, SAGHIR SPALL, individually and d/b/a SOCCER AND SOCCER, MAPLE SPORTS INC. a California corporation, PREMIER SOCCER INC., a California corporation, RICARDO RAMOS, individually and d/b/a PREMIER SOCCER. GLORY TRADING INC, a California corporation AND MARIO SPORTS. a California Corporation<br><br>Defendants. | Case No. CV-13-7148-GW(VBKx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT GLORY TRADING ON CONSENT** |

**(PROPOSED) PERMANENT INJUNCTION AGAINST**

**DEFENDANT GLORY TRADING INC.  ON CONSENT**

Having considered the Complaint on file in this action, and Glory Trading Inc. ("Glory Trading") having consented to the terms of the permanent injunction set forth below, this Court hereby finds as follows:

1. Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") own and extensively use the Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by valid U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745, 3,087,329, 3,183,656, 3,183,663, and 3,236,505.  adidas uses the Three-Stripe Mark in connection with footwear and apparel, among other goods.

2. On September 26, 2013, adidas filed a Complaint claiming, *inter alia*, that Glory Trading were manufacturing, importing, distributing, marketing, promoting, offering for sale, and selling apparel bearing confusingly similar imitations of adidas's federally registered Three-Stripe Mark (the "Infringing Apparel").  Photographs of representative examples of the Infringing Apparel are attached as **Exhibit 1**.

3. Glory Trading Inc. accepted service of the Summons and Complaint, but have not yet filed an Answer or any other pleading in response to adidas's Complaint.

4. On October 25, 2013, the Court entered an order granting adidas's motion for a preliminary injunction, finding adidas has shown a likelihood of success on the merits of its trademark infringement claims and enjoining Defendants from continuing to infringe adidas's Three-Stripe Mark.

5. The Court has jurisdiction over the subject matter of this action and over Glory Trading, and venue in this action is proper in this judicial district.

**(PROPOSED) PERMANENT INJUNCTION AGAINST DEFENDANT GLORY TRADING INC.  ON CONSENT**

Accordingly, **IT IS HEREBY ORDERED** that:

1. Glory Trading and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Glory Trading, or in concert or participation with Glory Trading, and each of them, are **PERMANENTLY ENJOINED and RESTRAINED**, from:

   a. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling the Infringing Apparel;

   b. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling any other apparel bearing the Three-Stripe Mark or any other confusingly similar imitation of adidas's Three-Stripe Mark, including without limitation any apparel with one additional stripe (i.e., four stripes) or less one of the three stripes (i.e, two stripes);

2. This Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

3. The claims asserted in adidas's Complaint are hereby dismissed with prejudice, with each party bearing its own costs, including attorneys' fees.

IT IS SO ORDERED this 5th day of May, 2014.

*[signature: George H. Wu]*

The Honorable George H. Wu
United States District Judge

Presented by:

KILPATRICK TOWNSEND & STOCKTON LLP


By:   /s/ Nichole Davis Chollet
         NICHOLE DAVIS CHOLLET

Attorneys for Plaintiff
ADIDAS AG and ADIDAS AMERICA, INC.

# EXHIBIT 1






**(PROPOSED) PERMANENT INJUNCTION AGAINST DEFENDANT GLORY TRADING INC. ON CONSENT**





**(PROPOSED) PERMANENT INJUNCTION AGAINST
DEFENDANT GLORY TRADING INC.  ON CONSENT**