JS-6

1  KILPATRICK TOWNSEND & STOCKTON LLP
   DENNIS WILSON (Bar No. 155407)
2  DWilson@kilpatricktownsend.com
   9720 Wilshire Blvd PH
3  Beverly Hills, CA  90212-2018
   Telephone:   310-248-3830
4  Facsimile:    310-860-0363

5  KILPATRICK TOWNSEND & STOCKTON LLP
   R. Charles Henn Jr. (admitted Pro Hac Vice)
6  CHenn@ KilpatrickTownsend.com
   Charles H. Hooker III (admitted Pro Hac Vice)
7  CHooker@ KilpatrickTownsend.com
   Nichole Davis Chollet (admitted Pro Hac Vice)
8  NChollet@ KilpatrickTownsend.com
   1100 Peachtree Street, Suite 2800
9  Atlanta, GA 30309-4530
   Telephone: (404) 815-6500
10 Facsimile: (404) 815-6555

11 Attorneys for Plaintiff
   ADIDAS AG AND ADIDAS AMERICA, INC.
12

13              UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| ADIDAS AMERICA, INC., a Delaware corporation, and ADIDAS AG, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SOCCER AND SOCCER, INC., a California corporation, SAGHIR SPALL, individually and d/b/a SOCCER AND SOCCER, MAPLE SPORTS INC. a California corporation, PREMIER SOCCER INC., a California corporation, RICARDO RAMOS, individually and d/b/a PREMIER SOCCER. GLORY TRADING INC, a California corporation AND MARIO SPORTS. a California Corporation<br><br>Defendants. | Case No. CV 13-7148-GW(VBKx)<br><br>**ORDER DISMISSING MAPLE SPORTS INC. AND MARIO SPORTS** |

**(PROPOSED) ORDER DISMISSING MAPLE SPORTS INC. AND MARIO SPORTS**

1 | Upon consideration of the Notice of Voluntary Dismissal of Defendants Maple Sports, Inc. and Mario Sports (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that Plaintiffs' claims are dismissed without prejudice against these Defendants, with each party to bear its own fees and costs.

IT IS SO ORDERED this 29th day of October, 2014.

*[signature: George H. Wu]*

Honorable George H. Wu
United States District Judge

1  DATED: October 22, 2014

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: /s/ Nichole Davis Chollet
    NICHOLE DAVIS CHOLLET

Attorneys for Plaintiff
ADIDAS AG and ADIDAS AMERICA, INC.

**(PROPOSED) ORDER DISMISSING MAPLE SPORTS INC. AND MARIO SPORTS**